UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORSAIR GAMING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SALES FOR YOU LLC, <br><br> Defendant. | Case No. 25-cv-03238-EKL <br><br> **ORDER TO SHOW CAUSE REGARDING DISMISSAL** |

On April 10, 2025, Plaintiff filed the complaint in this case. *See* ECF No. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendant. That period expired on July 9, 2025. As of the date of this Order, Plaintiff has failed to file proof of service. Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than August 4, 2025, why its claims should not be dismissed without prejudice for lack of timely service.

IT IS FURTHER ORDERED THAT the initial case management conference scheduled for July 30, 2025, is VACATED because defendant has not appeared and the parties failed to file a case management statement by the July 16, 2025, deadline. ECF No. 12.

**IT IS SO ORDERED.**

Dated: July 23, 2025

Eumi K. Lee
United States District Judge